COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ROBERT BAKER, | § | No. 08-12-00141-CV |
| Appellant, | § | Appeal from |
| v. | § | 96th District Court |
| SALON SUPPLY, INC., | § | of Tarrant County, Texas |
| Appellee. | § | (TC # 096-248554-10) |

**MEMORANDUM OPINION**

Robert Baker, Appellant, has filed a motion to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(1). Appellee, Salon Supply, Inc., has not objected to the motion and there is no indication that dismissal would prevent Appellee from seeking relief to which it would otherwise be entitled. *See* TEX.R.APP.P. 42.1(a)(1). We therefore grant the motion and dismiss the appeal. Costs are taxed against the party incurring them. *See* TEX.R.APP.P. 42.1(d).

January 16, 2013

_____
ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.
Antcliff, J., not participating